AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JAN 2 2 2019

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alejandro MASCARENAS-Jaramillo, YOB: 1962, MEX | ) | Case No. M-19-0144-M |
| Luis MASCARENAS-Jaramillo, YOB: 1979, MEX | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6 and 7, 2018__ in the county of __Hidalgo, Texas__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 846 | Knowingly and Intentionally Conspire to possess with Intent to Distribute more than 500 grams of Methampetamine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:
See Attachment "A".

☑ Continued on the attached sheet.

approved by
/s/
Sworn to before me and signed in my presence.

_____
Complainant's signature
DEA Special Agent Mariah Yates
*Printed name and title*

Date:  01/22/2019  11:01 am

_____
Judge's signature

City and state:  McAllen, Texas
US Magistrate Judge Peter E. Ormsby
*Printed name and title*

# ATTACHMENT A

On January 6, 2018, DEA Agents performed an undercover operation, which lead to the seizure of approximately 263 gallons of liquid methamphetamine suspended in solution. During the operation, Agents were able to identify two individuals that were involved in the transportation of the liquid methamphetamine and obtained arrest warrants for both defendants.

Through the investigation, Agents were able to identify Alejandro MASCARENAS-Jaramillo and Luis MASCARENAS-Jaramillo as co-conspirators in the transportation of liquid methamphetamine suspended in solution. Agents were able to identify these individuals through border crossings, surveillance, and toll records. The identification was also confirmed through a co-defendant via photo line-ups, and surveillance from the dates of the seizures.

Through debriefings with a co-defendant, Agents were informed that on the date of the seizure, Alejandro MASCARENAS-Jaramillo and Luis MASCARENAS-Jaramillo crossed into the United States in a white Ford Sports Trac and were involved in the facilitation and transportation of 263 gallons of liquid methamphetamine suspended in solution. Through border crossing information, photos and photo line-ups, surveillance, and toll records surrounding that date, agents were able to corroborate the information provided by the co-defendant.